NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000920
12-MAR-2019
09:29 AM

NO. CAAP-18-0000920


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PROSPECT CO., LTD., Plaintiff/
Counterclaim Defendant/Appellee
v.
SCD ML II, LLC, and STANFORD CARR DEVELOPMENT, LLC,
Defendants/Counterclaim Plaintiffs/
Third-Party Plaintiffs/Appellants
v.
P L DEVELOPMENT, LLC, Third-Party Defendant/Appellee

------------------------

PROSPECT CO., LTD. and P L DEVELOPMENT, LLC,
Fourth-Party Plaintiffs/Appellees
v.
STANFORD CARR, Fourth-Party Defendant/Appellant


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-250K)


ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By:  Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the February 7, 2019 motion to withdraw appeal pursuant to Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure (HRAP) filed on February 7, 2019 by SCD ML II, LLC, and Stanford Carr Development, LLC, Defendants/ Counterclaim Plaintiffs/Third-Party Plaintiffs/Appellants and

Stanford Carr, Fourth-Party Defendant/Appellant, the papers in support, and the record, and noting no opposition,

IT IS HEREBY ORDERED that the motion is granted to the extent that the appeal is dismissed for lack of appellate jurisdiction, pursuant to HRAP Rule 42(b).

DATED:  Honolulu, Hawai'i, March 12, 2019.


Chief Judge


Associate Judge


Associate Judge